# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| *In re Family Dollar Stores, Inc., Pest Infestation Litigation* | MDL No. 3032 |
| This Document Relates To: ALL CASES | Case No. 2:22-md-03032-SHL-TMP |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND SUPPLEMENT TO PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES AND SERVICE AWARDS

Plaintiffs Sheena Bibbs, Tina Bishop, Beverly Gordon, Julian Graves, Martha Lacy, Taylor Lorimer, Sonya Mull, Vinnie Smith, Sanda Walker, and Jerome Whitney (collectively "Plaintiffs"), by and through Class Counsel, hereby move for an order pursuant to Fed. R. Civ. P. 23 granting final approval of the settlement between Plaintiffs and Defendants Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Services, LLC; Family Dollar, LLC (formerly Family Dollar, Inc.); and Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.) ("Defendants"). The requested related relief is set forth in Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval and Supplement to Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses and Service Awards.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law and exhibits, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order and Final Judgment submitted herewith. Defendants do not oppose this motion.

| | |
|---|---|
| Dated: February 8, 2024. | Respectfully submitted,<br><br>*/s/ J. Gerard Stranch, IV*<br>J. Gerard Stranch, IV  (BPR 23045)<br>STRANCH, JENNINGS & GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Ave., Suite 200<br>Nashville, TN 27203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br><br>Sarah Sterling Aldridge<br>John W. ("Don") Barrett<br>Barrett Law Group, P.A.<br>404 Court Square N<br>P.O. Box 927<br>Lexington, MS 39095<br>Tel: (662) 834-2488<br>saldridge@barrettlawgroup.com<br>dbarrett@barrettlawgroup.com<br><br>Charles J. LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>4725 Wisconsin Ave., NW, Ste. 200<br>Washington, DC 20016<br>Tel: (202) 789-3960<br>charles@cuneolaw.com<br><br>*Class Counsel* |

## CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that the foregoing Plaintiffs' Unopposed Motion for Final Approval of Proposed Settlement and Supplement to Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses and Service Awards was served on February 8, 2024, the Court's ECF system to the following:

Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile: 213-229-7520
cchorba@gibsondunn.com

Jason R. Meltzer
Jesenka Mrdjenovic
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Facsimile: 202-467-0539
jmeltzer@gibsondunn.com
jmrdjenovic@gibsondunn.com

*Attorneys for Defendants*

Kate Donoven Ark. Bar No. 98189
Senior Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3647
Fax: (501) 682-8118
Kate.Donoven@arkansasag.gov

*Counsel for Intervenor*

                                                   */s/ J. Gerard Stranch, IV*
                                                   J. Gerard Stranch, IV